IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE AND JANE DOE, AS PARENTS AND NEXT FRIENDS OF JANE ROE AND MARY ROW<br><br>PLAINTIFFS,<br><br>VS.<br><br>KEITH HAVENER,<br><br>DEFENDANT. | 5:26-CV-4019<br><br><br><br>ANSWER |

COMES NOW the undersigned on behalf of Keith Havener, defendant, and for answer states:

1. Admit. Plaintiffs are residents of the Northern District of Iowa, Western Division.

2. Admit. Defendant is a resident of Plymouth County, Iowa, in the Northern District of Iowa, Western Division.

3. Admit that Eighth Circuit has made findings regarding fictious names for parties in limited circumstances.

4. Admit that Eighth Circuit has recognized other circuits have allowed plaintiffs to proceed anonymously to protect children.

5. Admit that this case involves creation and dissemination of sexually explicit materials of children.

6. Admit that facts of this case are a subject of FBI investigation and criminal prosecution of defendant.

7. Deny that the need for anonymity outweighs interest of full disclosure.

8. Admit Plaintiffs are using fictitious names.

9. Deny that this court has federal question jurisdiction over this matter for lack of information.

10. Admit personal jurisdiction and venue are proper.

11. Defendant re-asserts the above answers to paragraphs 1-10.

12. Admit.

13. Admit.

14. Deny for lack of information as defendant is unaware what the FBI said to Does.

15. Deny for lack of information as defendant is unaware what the FBI gave or showed the Does and what the FBI said to Does.

16. Deny for lack of information as defendant is unaware what the FBI said to Does.

17. Deny for lack of information as defendant is unaware what the FBI said to Does.

18. Deny for lack of information as defendant is unaware what the FBI said to Does.

19. Deny for lack of information as defendant is unaware what the FBI said to Does.

20. Deny for lack of information as defendant is unaware what a facebook user said to Does.

21. Deny for lack of information as defendant is unaware how a facebook user found the Does.

22. Admit.

23. Admit.

24. Admit.

25. Defendant re-asserts the above answers to paragraphs 1-24.

26. Deny that Defendant has created and distributed visual depictions of minors engaged in sexually explicit conduct.

27. Deny that Defendant has produced and distributed child pornography of identifiable minors.

28. Deny that Defendant has committed violations of sections 2251, 2252 and/or 2252A of Title 18 of U.S. Code.

29. Deny as to lack of information.

30. Deny as to lack of information.

31. Deny Jane Roe and Mary Roe are entitled to any liquidated damages, attorney fees or costs.

32. Deny Jane Roe and Mary Roe are entitled to any punitive damages.

33. Defendants DENY any and all claims raised in the complaint not specifically admitted including but not limited to those listed in paragraphs 1-32.

AFFIRMATIVE DEFENSES

34. The complaint fails to state a claim upon which relief can be granted.

35. The child pornography and related damages provisions of 18 U.S.C. §§ 2251, 2252, 2252A, 2255 and 2256(8) are unconstitutional as applied to defendant Havener where the allegations are based on cut-and-pasted images made without the participation of any real children and therefore protected under the U.S. Constitution, 1st Amendment, and Iowa Constitution Article I, Section 7.

> Respectfully submitted,
> /s/ Patrick T. Parry
> Patrick T. Parry
> Mayne, Hindman, Frey, Parry and Wingert
> 701 Pierce Street, Suite 300
> Sioux City, IA  51101
> Tel: (712) 277-1434 Fax:  (712) 255-8049
> E-Mail:  pparry@maynelaw.com
> ATTORNEY FOR DEFENDANT

Certificate of Service

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court using the EFC system which will send notification of such filing to the following:

Attorney Patrick Sealy
Attorney Liam Mangan


Patrick T. Parry
BY: /s/Patrick Parry